UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CORTNEY HOGAN

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

PORT NEWARK CONTAINER TERMINAL

_____

_____

_____

_____

_____

_____

_____

_____

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 JUL 13 A 11: 15

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name              CORTNEY HOGAN
            Street Address    181 INDIANA ST
            County, City      ESSEX, MAPLEWOOD
            State & Zip Code  NJ  07040
            Telephone Number  908-603-9732

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __PORT NEWARK CONTAINER TERMINAL__
Street Address __241 CALCUTTA STREET__
County, City __ESSEX, NEWARK__
State & Zip Code __NJ   07114__

Defendant No. 2
Name __ILA LOCAL 1235__
Street Address __30 HENNESSEY ST__
County, City __NEWARK, ESSEX__
State & Zip Code __NJ   07105__

Defendant No. 3
Name ____
Street Address ____
County, City ____
State & Zip Code ____

Defendant No. 4
Name ____
Street Address ____
County, City ____
State & Zip Code ____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☐ Federal Questions          ☐ Diversity of Citizenship
    ☒ U.S. Government Plaintiff  ☐ U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __PORT NEWARK__

B. What date and approximate time did the events giving rise to your claim(s) occur? __7/11/2022__

C. Facts:

**What happened to you?**
I was suspended from Port Newark for not agreeing to work forced overtime.

**Who did what?**
Pier Superintendant

**Was anyone else involved?**
ILA Local 1235 Boss Carlos
ILA Local 1235 is not an authorized union according to ILA constitution

**Who else saw what happened?**
N/A

- 3 -

IV.     Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. NONE

V.      Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

There must be an immediate injunction against forcing us to work overtime. Someone died in the machine who had to work from 8 AM - 1AM his leg was cut off and his neck was broken, as the machine tipped over.

ILA Local 1235 must close its books and not be allowed to operate as a labor union. Non of its members can be allowed to transfer to other locals. I may need monetary compensation, as the company and union will disrupt my future.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of July, 2022.

Signature of Plaintiff _____

Mailing Address  181 Indiana St
Maplewood, NJ
07040

Telephone Number  908-603-9732

Fax Number *(if you have one)* _____

E-mail Address  chocau067@gmail.c

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

- 5 -